UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

v.

SEAN STARK

TYPE OF CASE: FELONY CASE NO. 1:26-CR-0210

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
**COURTROOM: No. 5A**
SYLVIA H. RAMBO U.S. COURTHOUSE
Fifth Floor
1501 North 6th Street
Harrisburg, PA 17102

**DATE AND TIME: November 12, 2026, at 11:00 a.m.**

**TYPE OF PROCEEDINGS: Initial Appearance, Arraignment and Guilty Plea**

**DATE: September 24, 2026**

PETER J. WELSH, Clerk of Court
s/*Mary Rose Schirra*
Deputy Clerk

TO: HON. JOSEPH F. SAPORITO, JR., U.S. DISTRICT JUDGE
Scott R. Ford, AUSA
Edward A. Paskey, Esquire
U.S. PROBATION
U.S. MARSHAL
COURT REPORTERS