AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

United States of America
v.

SEAN STARK
*Defendant*

Case No. 1:26-CR-0210

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Courtroom 5A<br>Sylvia Rambo United States Courthouse<br>1501 North 6th Street, Harrisburg PA 17102 | Courtroom No.: 5A<br>Date and Time: 11/12/2026 11:00 AM |

This offense is briefly described as follows:
Initial Appearance, Arraignment and Plea

Date: 9/24/2026

S/ Mary Rose Schirra
*Issuing officer's signature*

MARY ROSE SCHIRRA, Courtroom Deputy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

Case No. 1:26-CR-0210

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: Sean Stark

Last known residence: c/o Edward A. Paskey, Esquire
Kagen, MacDonald & France, P.C., 2675 Eastern Boulevard, York, PA 17402.

Usual place of abode *(if different from residence address):* ______________________

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______________________

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______________________

## PROOF OF SERVICE

This summons was received by me on *(date)* ______________ .

☐ I personally served the summons on this defendant ______________ at *(place)* ______________ on *(date)* ______________ ; or

☐ On *(date)* ______________ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* ______________ , who is authorized to receive service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: ______________ .

I declare under penalty of perjury that this information is true.

Date returned: ______________

______________
*Server's signature*

______________
*Printed name and title*

Remarks: