AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

UNITED STATES OF AMERICA
*Plaintiff*
v.
Sean Stark
*Defendant*

Case No. 1:26-CR-00210

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA .

Date: 11/02/2026

/s/ALISAN V. MARTIN
*Attorney's signature*

Alisan V. Martin, AUSA / PA 316757
*Printed name and bar number*

United States Attorney's Office
240 West 3rd St., Suite 316
Williamsport, PA 17701
*Address*

alisan.martin@usdoj.gov
*E-mail address*

(570) 326-1935
*Telephone number*

(570) 326-7916
*FAX number*

Print | Save As... | Reset